# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JASON COHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN HONDA FINANCE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. CV 18-10519-GW-SSx<br><br>**ORDER RE DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**<br><br>Assigned to:<br>District Judge: George H. Wu<br><br>Action Filed: November 16, 2018<br>Trial Date: November 5, 2019 |

/ / /

/ / /

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), this action is dismissed with prejudice as to all parties; each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 23, 2019

By: _George H. Wu_
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Filed electronically on October 23, 2019 with United States District Court CM/ECF system. Notification sent electronically on October 23, 2019 to the Honorable Court, all parties and their counsel of record.

By: _*/s/ Reema Abboud*_
REEMA ABBOUD